# Third District Court of Appeal
## State of Florida

Opinion filed August 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1189
Lower Tribunal No. F20-13505
_____

**Frank Kain,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Carlos J. Martinez, Public Defender, and Manuel Alvarez, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before SCALES, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.  See Williams v. Florida, 399 U.S. 78, 90 S.Ct. 1893, 26 L.Ed.2d 446 (1970) (holding Florida's use of six-member jury in non-capital cases does not violate the Sixth Amendment right to trial by jury).